UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES,<br><br>         Plaintiff,<br><br>v.<br><br>A&J GASLAMP LLC et al.,<br><br>         Defendants. | Case No.: 18cv2695-CAB-NLS<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 2] |

Plaintiff Jaime Reyes, a non-prisoner, proceeding with counsel, has filed a complaint for violations of the Americans with Disabilities Act ("ADA") and various state laws. Plaintiff has not paid the civil filing fee required to commence this action, but rather, has filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. [Doc. No. 2.]

Plaintiff's counsel, Michael Taibi, has filed at least sixty-six cases in this court in 2018 on behalf of eight plaintiffs, including eight cases on behalf of Mr. Reyes.[1] Most or all sixty-six cases utilize the same complaint containing the same verbatim generic allegations aside from the identification of the defendants and location in question and the details of the plaintiff's alleged visit to the establishment (which is typically contained

---

[1] A list of the cases is attached hereto.

1

entirely in paragraph 11 of the complaint presumably to avoid Taibi having to renumber the remaining paragraphs). Most or all of the sixty-six complaints attach a form report from William Carter, who purports to be president of "Daoliam International" and a "Disabled Accessibility Compliance Expert" or "D.A.C.E.", a designation or certification with which the Court is unfamiliar and about which the Court has been unable to locate any information.

In all sixty-six cases, including Mr. Reyes' eight cases, the plaintiff applies to proceed IFP, and each IFP application lists monthly income consisting of disability benefits between $826 and $930, and, in more recent filings for some of the plaintiffs, income of $100 to $250 from "ADA settlements." The monthly expenses on the applications filed by Mr. Taibi's cadre of plaintiffs vary from line item to line item from filing to filing, but almost always exceed the stated monthly income. Almost all of these IFP applications have been granted, but when a Court has challenged the statements in an IFP application from one of Mr. Taibi's clients, or denied the application entirely, the filing fee is paid within days. *See, e.g., Banks v. Rigoberto's Taco Shop, Inc.*, Case No. 18-CV-584-LAB-BLM; *Navarro v. The Tyrone Times, Inc.*, 18-CV-1966-CAB-KSC. Finally, almost all of Mr. Taibi's cases settle and/or are voluntarily dismissed with prejudice before or shortly after an answer is filed. In twenty-nine of the sixty-six cases, notices of settlement and/or notices of voluntary dismissal with prejudice were filed. The dockets for most of the remaining cases do not reflect any service on the defendants, and just two cases have proceeded through an early neutral evaluation conference ("ENE") and had a scheduling order entered.[2]

As for Mr. Reyes' eight IFP applications, filed between March and November of this

---

[2] In one more case, the parties appear to have reached a settlement at the ENE, but the plaintiff ignored the court's first deadline for submission of case dispositive paperwork. The current deadline for dismissal is December 17, 2018. *See Banks v. Salgado*, Case No. 18-CV-415-W-AGS. In another case, an ENE was held, and the case management conference is set for December 10, 2018. *Mason v. Moe Enter., LLC*, Case No. 18-CV-1963-L-BLM.

year, he lists total monthly expenses of $1,015 (two times),[3] $810 (two times), $860 (one time), and $980 (three times). All eight applications list $850 in disability income. In the first five cases, the IFP application does not list any ADA settlement income. In the last three, the IFP application lists $100 in monthly ADA settlement income. None of the applications list any cash or other assets. Yet, in a case filed just two days before the instant case, after Judge Larry Burns ordered Mr. Reyes to either lodge under seal any settlement agreements to which he has been a party over the past year or pay the filing fee, Mr. Reyes somehow paid the filing fee the following day. *See Reyes v. Chang*, Case No. 18-CV-2684-LAB-LL. The status of Mr. Reyes's seven other federal[4] cases in this district is consistent with that of the sixty-six cases Mr. Taibi has filed this year:

- Case No. 18-CV-477-L-BLM: Mr. Reyes filed a notice of settlement one week before the date set for the ENE, and subsequently filed a joint motion to dismiss with prejudice.
- Case No. 18-CV-498-H-JLB: Several weeks after the Court granted the defendants' motion asking the Court to decline supplemental jurisdiction and dismiss the state law claims, Mr. Reyes filed a notice of voluntary dismissal with prejudice.
- Case No. 18-CV-569-BAS-LL: An amended complaint was filed on July 24, 2018, but none of the defendants have appeared in the case, and the record reflects that the summons have been returned unexecuted.
- Case No. 18-CV-1290-BTM-NLS: Defendants' motion asking the court to decline supplemental jurisdiction over the state law claims (similar to the motion

---

[3] These two applications, filed in case numbers 18cv477 and 18cv498, appear to be the exact same application reflecting that Reyes signed the document before the caption was completed. Indeed, the application filed in case number 18cv477 leaves the line for the defendant in the caption and the signature date blank. The application filed in case number 18cv498 inserts this information by hand despite the remainder of the document being typed.

[4] An online search of San Diego Superior Court's files reveals scores of additional lawsuits filed by Mr. Reyes over the past five years.

granted in 18-CV-498-H-JLB) is pending.

- Case No. 18-CV-1815-WQH-BLM: Mr. Reyes filed a notice of settlement one week before the date set for the ENE, and a settlement disposition conference is set for December 20, 2018.
- Case No. 18-CV-2441-AJB-NLS: Mr. Reyes' IFP application remains pending.
- Case No. 18-CV-2684-LAB-LL: As mentioned above, Plaintiff paid the filing fee instead of lodging settlement agreements from his other cases.

In light of the foregoing, the Court finds that the representations contained in the Reyes' IFP application in this case are not credible. That Plaintiff has only $100 in monthly income from settlements despite having filed eight cases in this court and scores more in state court over the past five years is simply implausible, particularly considering that all of the federal cases, and presumably all of the state cases, seek statutory damages of at least $4,000 plus attorney's fees. Accordingly, the application to proceed IFP is **DENIED**. Mr. Reyes is **ORDERED** to pay the filing fee by **December 10, 2018**, or this case will be dismissed without further order from the Court.

It is **SO ORDERED.**

Dated: December 4, 2018

Hon. Cathy Ann Bencivengo
United States District Judge

# Select A Case

**Michael A. Taibi is an attorney in 66 cases.**

| | | | |
|---|---|---|---|
| 3:18-cv-00098-WQH-KSC | Mason v. Tracy Van Phan, Inc et al | filed 01/16/18 | |
| 3:18-cv-00283-MMA-MDD | Banks v. Ozoemir et al | filed 02/06/18 | closed 06/13/18 |
| 3:18-cv-00302-LAB-WVG | Mason v. Golden West Furniture, Inc. et al. | filed 02/07/18 | closed 08/23/18 |
| 3:18-cv-00310-H-NLS | Mason v. Coronado et al | filed 02/08/18 | |
| 3:18-cv-00368-JLS-LL | Mason v. Calabrese et al | filed 02/16/18 | |
| 3:18-cv-00375-H-NLS | Mason v. Kojack et al | filed 02/16/18 | |
| 3:18-cv-00415-W-AGS | Banks v. Salgado et al | filed 02/22/18 | |
| 3:18-cv-00416-GPC-AGS | Mason v. Daung et al | filed 02/23/18 | closed 07/25/18 |
| 3:18-cv-00424-MMA-WVG | Banks v. Kimpton Hotel & Restaurant Group, LLC et al | filed 02/23/18 | closed 05/01/18 |
| 3:18-cv-00477-L-BLM | Reyes v. Marwaha et al | filed 03/05/18 | closed 08/10/18 |
| 3:18-cv-00488-LAB-RBB | Mason v. Beach Partners LLC et al | filed 03/06/18 | closed 05/01/18 |
| 3:18-cv-00498-H-JLB | Reyes v. Snoozetown, LLC et al | filed 03/07/18 | closed 08/08/18 |

| | | | |
|---|---|---|---|
| 3:18-cv-00524-BAS-BLM | Banks v. Davies LLC et al | filed 03/12/18 | closed 05/02/18 |
| 3:18-cv-00569-BAS-LL | Reyes v. Webhurst, LLC et al | filed 03/19/18 | |
| 3:18-cv-00570-L-JLB | Banks v. Urbane Cafe Founders Inc. et al | filed 03/19/18 | |
| 3:18-cv-00583-JLS-BGS | Banks v. Pho Kitchen Noodles, Inc. et al | filed 03/21/18 | closed 10/16/18 |
| 3:18-cv-00584-LAB-BLM | Banks v. Rigoberto's Taco Shop, Inc. et al | filed 03/20/18 | |
| 3:18-cv-00589-JLS-MDD | Jackson v. Sushi Freak Franchise Group, LLC et al | filed 03/20/18 | |
| 3:18-cv-00593-GPC-MDD | Jackson v. Torrey Crest Inc. et al | filed 03/21/18 | closed 09/27/18 |
| 3:18-cv-00693-W-NLS | Mason v. KM Investors, LLC et al | filed 04/06/18 | |
| 3:18-cv-00694-L-JLB | Mason v. Cafe Gratitude San Diego, LLC et al | filed 04/06/18 | closed 06/21/18 |
| 3:18-cv-00695-GPC-BLM | Mason v. Hara No Shita De Holdings, Inc. et al | filed 04/06/18 | closed 08/23/18 |
| 3:18-cv-00724-WQH-JMA | Banks v. Mesdaq Inc et al | filed 04/12/18 | closed 05/07/18 |
| 3:18-cv-00797-BAS-KSC | Jackson v. Mesdaq Inc et al | filed 04/25/18 | closed 11/16/18 |
| 3:18-cv-00825-DMS-BLM | Jackson v. WD Toma, Inc. et al | filed 05/02/18 | closed 08/23/18 |

| | | | |
|---|---|---|---|
| [3:18-cv-00839-BEN-WVG]    | Jackson v. WD Toma Inc. et al                      | filed 05/01/18 | closed 08/23/18 |
| [3:18-cv-00844-JLS-BGS]    | Jackson v. Buffalo Joe's L.P. et al                | filed 05/01/18 | closed 10/31/18 |
| [3:18-cv-00888-L-BGS]      | Banks v. Wings N Things INC et al                  | filed 05/08/18 | closed 10/18/18 |
| [3:18-cv-00946-JAH-BGS]    | Mason v. Ivanov et al                              | filed 05/14/18 | |
| [3:18-cv-00970-JM-BGS]     | Banks v. Kwon et al                                | filed 05/16/18 | |
| [3:18-cv-01274-L-MDD]      | Banks v. Jimmy Love's L.P. et al                   | filed 06/14/18 | |
| [3:18-cv-01290-BTM-NLS]    | Reyes v. Le Parfait Group LLC et al                | filed 06/14/18 | |
| [3:18-cv-01304-AJB-KSC]    | Navarro v. The Vons Companies Inc et al            | filed 06/15/18 | closed 10/22/18 |
| [3:18-cv-01308-WQH-RBB]    | Navarro v. JJJ Group Inc. et al                    | filed 06/18/18 | closed 11/01/18 |
| [3:18-cv-01321-L-KSC]      | Gay v. Fortune Commercial Corporation et al        | filed 06/18/18 | closed 09/25/18 |
| [3:18-cv-01380-CAB-WVG]    | Jackson v. Dang et al                              | filed 06/21/18 | |
| [3:18-cv-01458-W-LL]       | Mason v. Serranos Tacos San Diego Inc. et al       | filed 06/26/18 | |
| [3:18-cv-01715-MMA-MDD]    | Gay v. AJ San Diego LLC et al                      | filed 07/26/18 | |

| | | | |
|---|---|---|---|
| [3:18-cv-01717-MMA-KSC](#) | Gay v. Sayler et al | filed 07/26/18 | closed 09/26/18 |
| [3:18-cv-01718-JLS-MDD](#) | Navarro v. Wolffy's Place Inc et al | filed 07/26/18 | closed 10/09/18 |
| [3:18-cv-01725-WQH-WVG](#) | Navarro v. Gaslamp Tavern LLC et al | filed 07/27/18 | |
| [3:18-cv-01777-BTM-JLB](#) | Mason v. Su Me Yu et al | filed 08/01/18 | closed 11/16/18 |
| [3:18-cv-01815-WQH-BLM](#) | Reyes v. Brian's 24/7 Corp. et al | filed 08/02/18 | |
| [3:18-cv-01823-WQH-KSC](#) | Jackson v. Car Bahn, LLC et al | filed 08/03/18 | closed 10/18/18 |
| [3:18-cv-01847-JAH-KSC](#) | Banks v. Ralphs Grocery Company et al | filed 08/07/18 | |
| [3:18-cv-01944-JAH-WVG](#) | Jackson v. Smashburger Acquisition - San Diego LLC et al | filed 08/21/18 | |
| [3:18-cv-01947-H-WVG](#) | Banks v. Abyan Properties LLC et al | filed 08/21/18 | |
| [3:18-cv-01961-W-WVG](#) | Mason v. Rabinowitz et al | filed 08/23/18 | |
| [3:18-cv-01963-L-BLM](#) | Mason v. Moe Enterprises, LLC et al | filed 08/23/18 | |
| [3:18-cv-01966-CAB-KSC](#) | Navarro v. The Tyrone Times Inc. et al | filed 08/23/18 | |
| [3:18-cv-01989-L-NLS](#) | Banks v. Fargo Colonial LLC et al | filed 08/27/18 | |

| | | |
|---|---|---|
| 3:18-cv-01998-L-NLS | Banks v. MB Hospitality LLC et al | filed 08/27/18 |
| 3:18-cv-02011-DMS-WVG | Jackson v. Palomino's Mexican & Seafood Inc. et al | filed 08/28/18 |
| 3:18-cv-02436-BTM-NLS | Washington v. Arak LLC et al | filed 10/23/18 |
| 3:18-cv-02441-AJB-NLS | Reyes v. Miazada et al | filed 10/24/18 |
| 3:18-cv-02448-BTM-MSB | Navarro v. Tony's Fresh Mexican Food LLC et al | filed 10/24/18 |
| 3:18-cv-02449-WQH-BGS | Navarro v. Armarana Enterprises Incorporated et al | filed 10/24/18 |
| 3:18-cv-02655-WQH-KSC | Mason v. Irish Times LLC et al | filed 11/20/18 |
| 3:18-cv-02658-DMS-BLM | Jackson v. Rei Do Gado Corporation et al | filed 11/20/18 |
| 3:18-cv-02661-CAB-BLM | Gay v. Berumen et al | filed 11/21/18 |
| 3:18-cv-02679-H-LL | Jackson v. Juanita's Taco Shop, Inc. et al | filed 11/27/18 |
| 3:18-cv-02681-AJB-BLM | Dally v. Arucan et al | filed 11/27/18 |
| 3:18-cv-02684-LAB-LL | Reyes v. Chang et al | filed 11/27/18 |
| 3:18-cv-02685-H-JLB | Mason v. Callaway Temecula L.P. et al | filed 11/27/18 |

| | | |
|---|---|---|
| [3:18-cv-02687-L-BLM](#) | Jackson v. San Diego Living Room, Inc. et al | filed 11/28/18 |
| [3:18-cv-02695-CAB-NLS](#) | Reyes v. A & J Gaslamp LLC et al | filed 11/29/18 |